| 08/04/2016 | THURSDAY | Judge Peter C McKittrick |
|---|---|---|

**10:30  16-32311 pcm 11  bk   Peak Web LLC**

**Oral Ruling re Motion for Relief from Stay**
**Creditor Machine Zone, Inc. (144)**

| Peak Web LLC - db | TIMOTHY J CONWAY ✓ |
|---|---|
| Machine Zone, Inc. - intp | MICHAEL A. BERTA |
| | Michael A. Berta |
| | Douglas Pahl |

Evidentiary Hearing:   Yes: ☐   No: ☐

- Stay does not apply for the reasons stated on the record.

- Court will consider Remand on 8/17/2016 hearing

Order to be prepared by: ☐ Clerk's Office  ☐ Chamber  ✓ Mr. Bernstein

DOCKET ENTRY:

Run Date:   08/04/16

Case 16-03083-pcm    Doc 31    Filed 08/04/16